A CERTIFIED TRUE COPY

MAY 11 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED   MAY 11 2005

CLERK'S OFFICE

FILED
CLERK'S OFFICE
'05 MAY 16 P 2:54

DOCKET NO. 1629

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE A)*

*ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in the 21 actions listed on the attached Schedule A on April 13, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the 21 actions submitted a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer with respect to these 21 actions.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on April 13, 2005, is LIFTED, and thus these 21 actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

SCHEDULE A

MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

Southern District of Alabama

*Darlene Owens, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-768

District of New Jersey

*James H. Whitehouse, Sr., et al. v. Pfizer, Inc., et al.*, C.A. No. 2:04-6257

Northern District of New York

*Frank Vercillo, Jr. v. Pfizer, Inc., et al.*, C.A. No. 5:05-32

Southern District of New York

*Gary L. Lyman, etc., et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-6704
*Mark Minisquero, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-7297
*Nicole Justine James v. Pfizer, Inc., et al.*, C.A. No. 1:04-7374
*Jay DiGiacomo v. Pfizer, Inc., et al.*, C.A. No. 1:04-7962
*Avrill C. Aronson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8721
*Joy Dodson, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8963
*Timothy P. Scott, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8990
*Dorothy Kern v. Pfizer, Inc., et al.*, C.A. No. 1:04-9249
*John Dees, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-9304
*Peter Veraas v. Pfizer, Inc., et al.*, C.A. No. 1:04-9429
*Theodore Populis, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10265
*Kathleen Wilson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-72
*William Montgomery v. Pfizer, Inc., et al.*, C.A. No. 1:05-73
*Michael Mendoza v. Pfizer, Inc., et al.*, C.A. No. 1:05-74
*Johnnie Hargrove v. Pfizer, Inc., et al.*, C.A. No. 1:05-75
*Shanan Feyer, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-76
*Gregory Retzer v. Pfizer, Inc., et al.*, C.A. No. 1:05-77
*Sidney Brown, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-237

05cv 11030 PBS

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10265-JSR

| | |
|---|---|
| Populis et al v. Pfizer, Inc. et al | Date Filed: 12/28/2004 |
| Assigned to: Judge Jed S. Rakoff | Jury Demand: Both |
| Demand: $100000000 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332 Diversity-Personal Injury | Jurisdiction: Diversity |

**Plaintiff**

**Theodore Populis**                    represented by    **Andrew G. Finkelstein**
                                                         Finkelstein & Partners, LLP
                                                         436 Robinson Avenue
                                                         Newburgh, NY 12550
                                                         914-562-0203
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Eleanor Louise Polimeni**
                                                         Finkelstein & Partners, LLP
                                                         436 Robinson Ave.
                                                         Newburgh, NY 12550
                                                         845-563-9421
                                                         Fax: 845-562-3492
                                                         Email: epolimeni@lawampm.com
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Populis**                     represented by    **Andrew G. Finkelstein**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Eleanor Louise Polimeni**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**                        represented by    **Erik March Zissu**
                                                         Davis Polk & Wardwell

450 Lexington Avenue
New York, NY 10017
(212) 450-4511
Fax: 212 450-3511
Email: zissu@dpw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**
*a division of Warner-Lambert Company and Warner-lambert Company, LLC*

represented by **Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company, LLC**

represented by **Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company**

represented by **Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2004 | 1 | COMPLAINT against Pfizer, Inc., Parke-Davis, Warner-Lambert Company, LLC, Warner-Lambert Company. (Filing Fee $ 150.00, Receipt Number 529950)Document filed by Theodore Populis, Shirley Populis.(gf, ) Additional attachment(s) added on 1/6/2005 (gf, ). (Entered: 01/04/2005) |
| 12/28/2004 |   | SUMMONS ISSUED as to Pfizer, Inc., Parke-Davis, Warner-Lambert Company, LLC, Warner-Lambert Company. (gf, ) (Entered: 01/04/2005) |
| 12/28/2004 |   | Magistrate Judge Frank Maas is so designated. (gf, ) (Entered: 01/04/2005) |
| 12/28/2004 |   | Case Designated ECF. (gf, ) (Entered: 01/04/2005) |
| 01/04/2005 | 2 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of all plaintiffs (Polimeni, Eleanor) (Entered: 01/04/2005) |
| 01/12/2005 | 3 | NOTICE OF CASE REASSIGNMENT to Judge Jed S. Rakoff. Judge Charles S. Haight no longer assigned to the case. (gf, ) (Entered: 01/12/2005) |
| 01/12/2005 |   | Mailed notice to the attorney(s) of record. (gf, ) (Entered: 01/12/2005) |

| | | |
|---|---|---|
| 01/31/2005 | 4 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Pfizer, Inc., Parke-Davis, Warner-Lambert Company, LLC, Warner-Lambert Company.(Zissu, Erik) (Entered: 01/31/2005) |
| 01/31/2005 | 5 | ANSWER to Complaint with JURY DEMAND. Document filed by Pfizer, Inc., Parke-Davis, Warner-Lambert Company, LLC, Warner-Lambert Company.(Zissu, Erik) (Entered: 01/31/2005) |
| 01/31/2005 | 6 | CERTIFICATE OF SERVICE of the Answer and Defendants' Disclosure of Interested Persons 7.1 Statement served on Kenneth B. Fromson, Esq., Finkelstein & Partners on 01/31/2005. Service was made by Mail. Document filed by Pfizer, Inc., Parke-Davis, Warner-Lambert Company, LLC, Warner-Lambert Company. (Zissu, Erik) (Entered: 01/31/2005) |
| 02/01/2005 | 7 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Pfizer, Inc. served on 1/11/2005, answer due 1/31/2005. Service was accepted by Norah Radler, Authorized Agent, Secretary of State. Document filed by Theodore Populis; Shirley Populis. (Polimeni, Eleanor) (Entered: 02/01/2005) |
| 02/01/2005 | 8 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Parke-Davis served on 1/11/2005, answer due 1/31/2005. Service was accepted by Mary McNeil, Managing Agent. Document filed by Theodore Populis; Shirley Populis. (Polimeni, Eleanor) (Entered: 02/01/2005) |
| 02/01/2005 | 9 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Warner-Lambert Company served on 1/11/2005, answer due 1/31/2005. Service was accepted by Mary McNeil, Managing Agent. Document filed by Theodore Populis; Shirley Populis. (Polimeni, Eleanor) (Entered: 02/01/2005) |
| 02/01/2005 | 10 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Warner-Lambert Company, LLC served on 1/11/2005, answer due 1/31/2005. Service was accepted by Norah Radler, Authorized Agent, Secretary of State. Document filed by Theodore Populis; Shirley Populis. (Polimeni, Eleanor) (Entered: 02/01/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/17/2005 16:30:22 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-10265-JSR |
| Billable Pages: | 2 | Cost: | 0.16 |